## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

GREGORY HASKIN CHIROPRACTIC                  CASE NO.: 0:17-cv-61979-WPD
CLINICS, INC., a Florida corporation,
a/a/o Jeffrey Rabin, and Carol Williams, on
behalf of itself and all others similarly situated,

       Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY,
a Texas corporation,

       Defendant.
_____/

GREGORY HASKIN CHIROPRACTIC                  CASE NO.: 0:17-cv-61980-WPD
CLINICS, INC., a Florida corporation,
a/a/o Delmar Melton, on behalf of itself and all
others similarly situated,

       Plaintiff,

v.

USAA GENERAL INDEMNITY COMPANY,
a Texas corporation,

       Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulations for Dismissal Without Prejudice [DE's 53, 54] (the "Stipulations"), filed herein on January 8, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.  The Stipulations [DE's 53, 54] are hereby **APPROVED**;

2.  This action is **DISMISSED WITHOUT PREJUDICE**;

3.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

    **DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 8th day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

44913132;1